WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM G. RAYMOND, ) | CASE NO.: EDCV17-01112-SHK |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. ) | |
| NANCY A. BERRYHILL, Acting ) Commissioner of Social Security ) Administration, ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND SEVEN HUNDRED FIFTY DOLLARS and 00/cents ($2,750.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 11/1/2018

HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE